# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

―――――――――――――――――――

CLIFFORD ASHBY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2979

―――――――――――――――――――

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Howard L. Dimmig, II, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

―――――――――――――――――――

Opinion subject to revision prior to official publication.